IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES C. BAILY,**

    **Plaintiff,**

    vs.                        **Civil Action 2:13-cv-344**
                                   **Judge Marbley**
                                   **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

On December 26, 2014, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g). *Report and Recommendation,* ECF 23. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 23, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** and the action is **REMANDED** to the Commissioner for further consideration of Listing 12.05C.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                      s/Algenon L. Marbley
                                                        Algenon L. Marbley
                                                 United States District Judge