IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES C. BAILY,**

    Plaintiff,

  vs.                                 Civil Action 2:13-cv-344
                                        Judge Marbley
                                        Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER

This case sought review, under the provisions of 42 U.S.C. § 405(g), of a final decision of the Commissioner of Social Security denying plaintiff's application for supplemental security income.  On May 30, 2014, this Court reversed the decision of the Commissioner and remanded the action to the Commissioner for further proceedings.  *Order*, Doc. No. 24.  Final judgment pursuant to Sentence 4 of 42 U.S.C. § 405(g) was entered that same date.  *Judgment*, Doc. No. 25.  On October 27, 2014, the United States Magistrate Judge recommended that plaintiff's unopposed motion for an award of attorney fees, *Motion for Attorney Fees*, ECF No. 28, be granted. *Report and Recommendation*, ECF No. 29. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 29, is **ADOPTED AND AFFIRMED**. Plaintiff's *Motion for Attorney Fees*, ECF No. 28, is **GRANTED**.  Plaintiff is **AWARDED** an attorney fee under the Equal Access to Justice Act, 28 U.S.C.

1

§ 2412, in the total amount of $3,243.75, plus $12.00 in expenses, for a total award of $3,255.75.

s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge
